UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   CR05-404M |
| ) | |
| v. ) | |
| ) | |
| KELTON LEE DANKERT ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:

    Count I: SOCIAL SECURITY FRAUD - Title 42, U.S.C., Section 408(a)(7)(B)

Date of Detention Hearing: August 16, 2005.

    The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions, which defendant can meet, will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The Defendant is viewed as risk of nonappearance due to the fact that he has a history of failing to appear in court and complying with the conditions that have been given.  Furthermore, the Defendant has an outstanding parole violation warrant as well an outstanding misdemeanor warrant.  The Defendant has also been described as "transient" and his ties to the district are unknown.

(2) The Defendant is viewed as a risk of danger to the community due to the nature of the instant offense and an extensive criminal history that includes robbery, assault, theft, and a history of drug use that includes crack cocaine and heroine.

DETENTION ORDER
PAGE -1-

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

It is therefore ORDERED:

 (l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

 (2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

 (3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

 (4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 16th day of August.

        s/ Monica J. Benton
        Monica J. Benton
        United States Magistrate Judge

DETENTION ORDER
PAGE -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DETENTION ORDER
PAGE -3-